1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 JEREMY ROBERT CHRISTENSEN,      CASE NO. 1:09-cv-01440 DLB PC

10         Plaintiff,      ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING

11     v.      SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN

12 MICHAEL VERDUCCI,      THIRTY DAYS

13       Defendant.      (Doc. 1)

                    /

14

15      Plaintiff Jeremy Robert Christensen ("Plaintiff") is a state prisoner proceeding pro se and in

16 forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on

17 August 17, 2009.  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and

18 finds that it states a claim for relief under section 1983 against Defendant Verducci for violation of

19 the Eighth Amendment.  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007);

20 Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED

21 that:

22     1.    Service is appropriate for the following defendants:

23         MICHAEL VERDUCCI

24     2.    The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons,

25         a Notice of Submission of Documents form, an instruction sheet and a copy of the

26         complaint filed August 17, 2009.

27     3.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

28         attached Notice of Submission of Documents and submit the completed Notice to the

1   Court with the following documents:

2       a.      Completed summons;

3       b.      One completed USM-285 form for each defendant listed above; and

4       c.      Two (2) copies of the endorsed complaint filed August 17, 2009.

5   4.  Plaintiff need not attempt service on Defendants and need not request waiver of

6       service.  Upon receipt of the above-described documents, the Court will direct the

7       United States Marshal to serve the above-named defendants pursuant to Federal Rule

8       of Civil Procedure 4 without payment of costs.

9   5.  The failure to comply with this order will result in a recommendation that this action

10      be dismissed.

11

12  IT IS SO ORDERED.

13  **Dated:**    **November 12, 2009**              _____ **/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28