# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ROBERT CHRISTENSEN, | CASE NO. 1:09-cv-01440-OWW-GBC (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | (Doc. 29) |
| MICHAEL VERDUCCI, | TWENTY-DAY DEADLINE |
| Defendant. | |

**I.   Procedural History**

Plaintiff Jeremy Robert Christensen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed August 17, 2009, against Defendant Michael Verducci for violation of the Eighth Amendment.

On January 31, 2011, Defendant filed a motion for summary judgment. (Doc. 29). As explained in the Court's second informational order filed on December 11, 2009 (Doc. 10-1), Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 78-230(m). As warned in its second informational order: "the Court may consider plaintiffs failure to act as a waiver of opposition to defendant(s) motion. Plaintiff's waiver of opposition to defendant(s)' motion may result in the entry of summary judgment against plaintiff." (Doc. 10-1).

Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to the Defendant's motion for summary judgment

or the case will be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   July 8, 2011

UNITED STATES MAGISTRATE JUDGE